AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTHONY J. MAESTAS | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No.  CO81-1634118<br>USM No.<br>PRO SE<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___N/A___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| CO81/1634118 | OBSTRUCTION OF MAILS GENERALLY | 02/20/2015 |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:

City and State of Defendant's Residence:

1-14-16
Date of Imposition of Judgment

Signature of Judge

Kristen L. Mix, Magistrate Judge
Name and Title of Judge

1/26/16
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 6 — Schedule of Payments

Judgment — Page __3__ of __3__

DEFENDANT: ANTHONY J. MAESTAS
CASE NUMBER: CO81-1634118

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☑  Lump sum payment of $ __250.00__  due immediately, balance due

☑  not later than __07/01/2016__ , or
☐  in accordance with ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

FINE PAYMENT OF $215/10/25 FOR A TOTAL FO $250 DUE BY 7/1/2016 PAYMENT TO CENTRAL VIOLATIONS BUREAU.

RESTITUTION NOT TO EXCEED A TOTAL OF $160.00 DUE BY 3/14/2016 PAYMENT TO U.S. COURTHOUSE FINANCE OFFICE AT 901 19TH STREET, DENVER, CO 80294.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

Judgment — Page _____ of   1

DEFENDANT: ANTHONY J. MAESTAS
CASE NUMBER: CO81-1634118

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Joann Shalden | $29.99 | | |
| 9280 Harris Street | | | |
| Thornton, CO 80229 | | | |
| Natalia Gutierrez | $24.00 | | |
| 2541 Poze Blvd. | | | |
| Thornton, CO 80229 | | | |
| Tony Delatorre | $0.00 | | |
| 2641 East 93rd Place | | | |
| Thornton, CO 80229 | | | |
| TOTALS | $ 128.99 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  ANTHONY J. MAESTAS
CASE NUMBER:  CO81-1634118

Judgment—Page  2  of  2

| %8: 5 '2'8/45 | #238'2=> | ) 5=3?BB27 0$505@ | /0101342 0 /565735 9 |
|---|---|---|---|
| Nathan Julka | $60.00 | | |
| 10260 Washington St. Apt 928 | | | |
| Thornton, CO 80229 | | | |
| | | | |
| Mary Emery | $15.00 | | |
| 10124 Madison Street | | | |
| Thornton, CO 80229 | | | |

\* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.